## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Twist and Shout Music, Creeping Death Music, WB Music Corp., Mike Chapman Publishing Enterprises and Knighty-Knight Music,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Canterbury Park Holding Corp. and Randall D. Sampson,<br><br>　　　　　Defendants. | Court File No. 05-2429 (MJD/SRN)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs, by their undersigned attorneys, hereby dismiss the above-captioned action with prejudice.

Dated:  March 8, 2006　　　　　　　　　　FAEGRE & BENSON LLP

　　　　　　　　　　　　　　　　　　　　/s Laura G. Coates
　　　　　　　　　　　　　　　　　　　　Felicia J. Boyd (No. 186168)
　　　　　　　　　　　　　　　　　　　　Laura G. Coates (No. 350175)
　　　　　　　　　　　　　　　　　　　　2200 Wells Fargo Center
　　　　　　　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402-3901
　　　　　　　　　　　　　　　　　　　　(612) 766-7000

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

M2:20780625.01